Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:  (818) 532-6499
E-mail: jpafiti@pomlaw.com

**POMERANTZ LLP**
Jeremy A. Lieberman (admitted *pro hac vice*)
Austin Van (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  212-661-1100
Facsimile:  212-661-8665

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM GRAVES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AECOM, JOHN M. DIONISIO, MICHAEL S. BURKE, STEPHEN M. KADENACY, AND W. TROY RUDD,<br><br>　　　　　Defendants. | No. 2:16-cv-06605-JAK-KS<br><br>NOTICE OF VOLUNTARY DISMISSAL |

NOTICE OF VOLUNTARY DISMISSAL
2:16-CV-06605-JAK-KS

**WHEREAS**, no defendant in the above-captioned action, brought before the United States District Court for the Central District of California, has served an answer or motion for summary judgment;

**NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Lead Plaintiffs William Graves and Brooke Krysiak hereby voluntarily dismiss the above-captioned action, with prejudice, as to all defendants. All parties will bear their own costs and fees.

Dated:  June 30, 2017                    Respectfully submitted,

**POMERANTZ LLP**
By: /s/ Jeremy A. Lieberman
Jeremy A. Lieberman
(admitted *pro hac vice*)
Austin P. Van
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  212-661-1100
Facsimile:  212-661-8665

**POMERANTZ  LLP**
Jennifer Pafiti (SBN 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Telephone:  818-532-6499
E-mail: jpafiti@pomlaw.com

*Counsel for Lead Plaintiffs William*
*Graves and Brooke Krysiak*

NOTICE OF VOLUNTARY DISMISSAL
2:16-CV-06605-JAK-KS

CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2017, a copy of the foregoing was filed electronically via the Court's CM/ECF system.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.

Dated:  June 30, 2017

**POMERANTZ LLP**

By:  /s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman